Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ANNE RITTLINGER, Respondent, v. SHULTE REAL ESTATE Co., INC., and RELS REALTY Co., INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: RUDOLFINE SCHREIBER, Judgment Creditor, Appellant, v. JOHN W. HARRIS, Judgment Debtor, Respondent, Impleaded with HORATIO B. HACKETT, Judgment Debtor. In the Matter of Supplementary Proceedings: EDITH MAHLER, Judgment Creditor, Appellant, v. VINCENT BENDIX and HORATIO B. HACKETT, Judgment Debtors, Impleaded with JOHN W. HARRIS, Judgment Debtor, Respondent. In the Matter of Supplementary Proceedings: ARTHUR J. BERGER, Judgment Creditor, Appellant, v. VINCENT BENDIX and HORATIO B. HACKETT, Judgment Debtors, Impleaded with JOHN W. HARRIS, Judgment Debtor, Respondent. In the Matter of Supplementary Proceedings: EDITH TAUSSIG, Judgment Creditor, Appellant, v. VINCENT BENDIX and HORATIO B. HACKETT, Judgment Debtor, Impleaded with JOHN W. HARRIS, Judgment Debtor, Respondent.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. MOORE, as Individual Trustee under Trust Mortgage Made by SCHAFFER OPERATING Co., INC., Dated April 5, 1927, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York and Constituting the Board of Taxes and Assessments of Said City, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

J. P. DUFFY COMPANY, Respondent, v. WILLIAM KENNEDY CONSTRUCTION COMPANY, INC., and Others, Defendants, Impleaded with DOUGLASS C. FONDA, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

J. P. DUFFY COMPANY, Respondent, v. WILLIAM KENNEDY CONSTRUCTION COMPANY, INC., and Others, Defendants, Impleaded with DOUGLASS C. FONDA, INC., Appellant.— Order unanimously modified by striking out the words " on or before November 21st, 1938," and inserting in place thereof the following: " ten days after service of a copy of the order of this court affirming the order of the Special Term entered herein on the 13th day of October, 1938, denying motion to modify demand for a bill of particulars, with notice of entry thereof," and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ALBINA DRUDA, Respondent, v. COMPREHENSIVE OMNIBUS CORPORATION, a New York Corporation, and Others, Defendants, Impleaded with MANHATTAN TRANSIT COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.